JOHN F. ZIEMANN, Plaintiff, v. BURNELL R. MILLER and Another, Defendants.— Judgment and order reversed on the facts and new trial granted, with

costs to appellant to abide event, pursuant to stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.